## T. C. TOWNSEND ET AL. V. A. K. SHEPARD.

(No. 2552.)

APPEAL from Hill County.    Opinion by WILLSON, J.

*(Transferred from Austin.)*

D. DERDEN, counsel for appellants.

No counsel appeared for appellee.

§ **349.** *Mandamus; jurisdiction of county court to issue; case stated.* Appellant Whorton was a justice of the peace, and appellant Townsend and appellee Shepard, having some differences, submitted their disputes to arbitration, filing with said justice of the peace their agreement to arbitrate in writing under the statute. Their matters were arbitrated under said agreement and award returned in favor of appellee for the sum of $121.98, and said justice of the peace entered judgment upon said award. Afterwards, however, upon motion of appellant Townsend, said judgment was vacated and set aside. Appellee then brought this suit in the county court, praying for *mandamus* to compel said justice of the peace to proceed to execute the judgment entered upon the award. The county court, upon a hearing of the cause, granted the *mandamus* prayed for by appellee. *Held:* The county court, in granting the *mandamus* and in entertaining this suit for any purpose, acted without jurisdiction and without authority of law. The subject-matter in controversy is not within the original jurisdiction of the county court. The county court can only issue the writs of injunction and *mandamus* to enforce its own jurisdiction, or as an auxiliary to some proceedings within its jurisdiction. [1 App. C. C. §§ 912, 1129, 1209.]

December 10, 1887.        Reversed and dismissed.